IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-218 |
| | ) | |
| BYRON RICE | ) | |

**ORDER OF COURT**

AND NOW, to wit, this  24  day of February, 2011, upon consideration of the foregoing Motion to Seal, it is hereby ORDERED, ADJUDGED AND DECREED that Motion to Seal is hereby GRANTED. It is FURTHER ORDERED that Defendant's Motion for Downward Departure and Variance is shall be filed under seal and shall remain sealed until further Order of Court.

_____
Gary L. Lancaster
United States District Judge

cc: counsel of record